# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: THOMAS, WENDY M    §   Case No. 15-81611
                          §
                          §
Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/21/2016 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  02/25/2016          By:  /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THOMAS, WENDY M                                   § Case No. 15-81611
                                                         §
                                                         §
Debtor(s)                                                §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 193,000.00 |
| *and approved disbursements of* | $ 185,462.72 |
| *leaving a balance on hand of* [1] | $ 7,537.28 |
| **Balance on hand:** | $ 7,537.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Bank of America, N.A. | 152,272.00 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,537.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,523.70 | 0.00 | 1,523.70 |
| Trustee, Expenses - JOSEPH D. OLSEN | 2,306.06 | 0.00 | 2,306.06 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,455.00 | 0.00 | 2,455.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,634.76 |
| Remaining balance: | $ 902.52 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $      0.00
Remaining balance:                                          $    902.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $      0.00
Remaining balance:                     $    902.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,753.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 304.71 | 0.00 | 156.83 |
| 2 | Quantum3 Group LLC as agent for | 125.46 | 0.00 | 64.57 |
| 4 | Portfolio Recovery Associates, LLC | 1,029.71 | 0.00 | 529.99 |
| 5 | Ashley Funding Services, LLC its successors and | 9.71 | 0.00 | 5.00 |
| 6 | Capital One, N.A. | 283.91 | 0.00 | 146.13 |

Total to be paid for timely general unsecured claims:  $    902.52
Remaining balance:                                    $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 15-81611-TML
Wendy M Thomas                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith            Page 1 of 2           Date Rcvd: Feb 26, 2016
                              Form ID: pdf006           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
db           +Wendy M Thomas,    209 Marshall Ridge Drive,    Texarkana, TX 75501-0384
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
               Rockford, IL 61104-2228
23404379     +Allied School,    22952 Alcalde Drive,    Laguna Hills, CA 92653-1337
23404380      Bank of America,    PO Box 941852,    Simi Valley, CA 93094-1852
23810238     +Bank of America, N.A.,    PO Box 5170,    Simi Valley, CA 93062-5170
23404382      Blatt Hasenmiller Leibsker Moore,    125 S Wacker Dr., Ste #400,    Chicago, IL 60606-4440
23875287      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23404384      Favaro & Gorman, Ltd.,    835 Sterling Ave., Ste. #100,    Palatine, IL 60067-2246
23404387     +Harris & Harris, Ltd.,    111 West Jackson Blvd., Sgte. #400,    Chicago, IL 60604-4135
23404388      HealthPort,   PO Box 409900,    Atlanta, GA 30384-9900
23404389      Horizions Behavioral Health LLC,    500 Coventry Lane, Ste.,    Crystal Lake, IL 60014-7555
23404392     +IL HOusing Development Authorith,    9700 Bissonnett Street, Ste. #1500,
               Houston, TX 77036-8013
23404390     +IL Housing Authority,    9700 Bissonnett Street, Ste. #1500,    Houston, TX 77036-8013
23404391     +IL Housing Authority,    401 N. Michigan Avenue, Ste. #700,    Chicago, IL 60611-4278
23404393     +IL Huosing Authority and Developmen,    401 N. Michigan Avenue, Ste. #700,
               Chicago, IL 60611-4278
23670867     +Kozeny & McCubbin Illinois, LLC,    105 West Adams Street, Suite 1850,
               Chicago, Illinois 60603-4120
23404394      Louarris & Comapny,    PO Box 701,    Wheeling, IL 60090-0701
23404395      Northwest Neurology, Ltd.,    22285 Pepper Road, Ste. #401,    Barrington, IL 60010-2542
23404397      Qualia collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
23404398     #+Thomas J Brennan,    1025 Deerfield Rd., Apt #1A,    Deerfield, IL 60015-4153
23404399      Tri-County Emergency Physicians,    PO Box 98,    Barrington, IL 60011-0098
23404400      Victorias Secret,    PO Box 659728,    San Antonio, TX 78265-9728
23404401     +Wickstrom Ford,    600 W. Northwest Hwy.,    Barrington, IL 60010-2797
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23867612      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2016 00:45:37
               Ashley Funding Services, LLC its successors and,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
23404383      E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discove Card,    PO Box  6103,
               Carol Stream, IL 60197-6103
23567823      E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23418189      E-mail/Text: snelson@califf.com Feb 27 2016 00:46:41      Ford Motor Credit Company LLC,
               C/O Steven L. Nelson,    P.O. Box 719,    Moline, IL  61266-0719
23404385      E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Feb 27 2016 00:49:47      Good Shepherd Hospital,
               PO Box 70014,    Chicago, IL 60673-0001
23404386      E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Feb 27 2016 00:49:47      Good Shrpherd Hospital,
               PO Box 70014,    Chicago, IL 60673-0001
23404396      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2016 00:42:35
               Portfolio Recovery Assoc, LLC,    PO Box 12914,    Norfolk, VA 23541
23861279      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2016 00:45:06
               Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE BANK (USA), N.A,    POB 41067,
               Norfolk VA 23541
23617437      E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2016 00:47:32
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23404381*       Bank of America,    PO Box  941852,    Simi Valley, CA 93094-1852
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                              Signature: /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith              Page 2 of 2             Date Rcvd: Feb 26, 2016
                              Form ID: pdf006             Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Bonnie L Macfarlane    on behalf of Debtor 1 Wendy M Thomas maclawfirm@aol.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Jill  Luetkenhaus    on behalf of Creditor    Bank of America, N.A. jluetkenhaus@kmi-law.com,
               ndil@kmi-law.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven L Nelson    on behalf of Creditor    Ford Motor Credit Company LLC snelson@califf.com
                                                                                               TOTAL: 7
```