**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THOMAS, WENDY M § Case No. 15-81611
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $30,439.00 | Assets Exempt: $2,720.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $163,773.25 | Claims Discharged Without Payment: $268,471.46 |
| Total Expenses of Administration: $29,226.75 | |

3) Total gross receipts of $ 193,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $193,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $251,736.16 | $315,142.73 | $162,870.73 | $162,870.73 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,104.00 | 29,226.75 | 29,226.75 | 29,226.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 269,237.81 | 1,753.50 | 1,753.50 | 902.52 |
| **TOTAL DISBURSEMENTS** | $524,077.97 | $346,122.98 | $193,850.98 | $193,000.00 |

4) This case was originally filed under Chapter 7 on June 18, 2015. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2016          By: /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2311 Colby Drive, McHenry, IL 60050 ** | 1110-000 | 193,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$193,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank of America, N.A. | 4110-000 | 151,105.95 | 152,272.00 | 0.00 | 0.00 |
| NOTFILED | IL HOusing Development Authorith | 4110-000 | 65,630.21 | N/A | N/A | 0.00 |
| NOTFILED | IL Huosing Authority and Developmen | 4110-000 | 35,000.00 | N/A | N/A | 0.00 |
| | Affinity Title Services, LLC | 4110-000 | N/A | 162,870.73 | 162,870.73 | 162,870.73 |
| **TOTAL SECURED CLAIMS** | | | **$251,736.16** | **$315,142.73** | **$162,870.73** | **$162,870.73** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,523.70 | 1,523.70 | 1,523.70 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 2,306.06 | 2,306.06 | 2,306.06 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| United States Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,455.00 | 2,455.00 | 2,455.00 |
| Affinity Title Services, LLC | 2820-000 | N/A | 5,619.79 | 5,619.79 | 5,619.79 |
| Affinity Title Services, LLC | 2500-000 | N/A | 116.00 | 116.00 | 116.00 |
| Affinity Title Services, LLC | 2820-000 | N/A | 96.50 | 96.50 | 96.50 |
| Affinity Title Services, LLC | 2820-000 | N/A | 193.00 | 193.00 | 193.00 |
| Affinity Title Services, LLC | 2500-000 | N/A | 733.46 | 733.46 | 733.46 |
| Affinity Title Services, LLC | 2500-000 | N/A | 460.00 | 460.00 | 460.00 |
| Affinity Title Services, LLC | 3510-000 | N/A | 5,170.00 | 5,170.00 | 5,170.00 |
| Affinity Title Services, LLC | 3510-000 | N/A | 4,575.00 | 4,575.00 | 4,575.00 |
| Affinity Title Services, LLC | 2500-000 | N/A | 285.00 | 285.00 | 285.00 |
| Affinity Title Services, LLC | 2420-750 | N/A | 520.00 | 520.00 | 520.00 |
| Affinity Title Services, LLC | 2500-000 | N/A | 295.00 | 295.00 | 295.00 |
| Affinity Title Services, LLC | 2500-000 | N/A | 810.00 | 810.00 | 810.00 |
| Affinity Title Services, LLC | 2500-000 | N/A | 2,638.54 | 2,638.54 | 2,638.54 |
| Affinity Title Services, LLC | 2500-000 | N/A | 880.00 | 880.00 | 880.00 |
| COMED | 2420-000 | N/A | 23.44 | 23.44 | 23.44 |
| NiCor Gas | 2420-000 | N/A | 23.73 | 23.73 | 23.73 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Greener Lanws | 2420-000 | N/A | 120.00 | 120.00 | 120.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.07 | 12.07 | 12.07 |
| Rabobank, N.A. | 2600-000 | N/A | 10.46 | 10.46 | 10.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$29,226.75** | **$29,226.75** | **$29,226.75** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 303.71 | 304.71 | 304.71 | 156.83 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 125.46 | 125.46 | 64.57 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 1,029.71 | 1,029.71 | 1,029.71 | 529.99 |
| 5 | Ashley Funding Services, LLC its successors and | 7100-000 | N/A | 9.71 | 9.71 | 5.00 |
| 6 | Capital One, N.A. | 7100-000 | 283.91 | 283.91 | 283.91 | 146.13 |
| NOTFILED | IL Housing Authority | 7100-000 | 65,630.21 | N/A | N/A | 0.00 |
| NOTFILED | IL Housing Authority | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizions Behavioral Health LLC | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | HealthPort | 7100-000 | 31.86 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris, Ltd. | 7100-000 | 1,597.71 | N/A | N/A | 0.00 |
| NOTFILED | Louarris & Comapny | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physicians | 7100-000 | 1,543.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Neurology, Ltd. | 7100-000 | 1,153.90 | N/A | N/A | 0.00 |
| NOTFILED | Thomas J Brennan | 7100-000 | 5,612.28 | N/A | N/A | 0.00 |
| NOTFILED | Victorias Secret | 7100-000 | 150.11 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 151,105.95 | N/A | N/A | 0.00 |
| NOTFILED | Allied School | 7100-000 | 448.31 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 560.74 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsker Moore | 7100-000 | 2,227.18 | N/A | N/A | 0.00 |
| NOTFILED | Favaro & Gorman, Ltd. | 7100-000 | 1,322.83 | N/A | N/A | 0.00 |
| NOTFILED | Good Shrpherd Hospital | 7100-000 | 469.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$269,237.81** | **$1,753.50** | **$1,753.50** | **$902.52** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81611  
**Case Name:** THOMAS, WENDY M

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/18/15 (f)  
**§341(a) Meeting Date:** 07/23/15  

**Period Ending:** 04/18/16  

**Claims Bar Date:** 11/02/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2311 Colby Drive, McHenry, IL 60050 ** (See Footnote) | 213,000.00 | 0.00 | | 193,000.00 | FA |
| 2 | Available Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America, checking | 200.00 | 0.00 | | 0.00 | FA |
| 4 | New apartment | 300.00 | 0.00 | | 0.00 | FA |
| 5 | All furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | All clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | IMRF | 27,719.00 | 0.00 | | 0.00 | FA |
| 8 | 2014 Tax Refund, used to pay bills | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Yorkie, household dog | 0.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets**  Totals (Excluding unknown values) | **$243,439.00** | **$0.00** | | **$193,000.00** | **$0.00** |

RE PROP# 1    ** Avoidable transfer

---

**Major Activities Affecting Case Closing:**

Trustee has sold the real estate he was administering.  Sadly, did not receive the net proceeds near to what he had hoped for.  The final report should be filed by 3/31/16.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2016          **Current Projected Date Of Final Report (TFR):**   February 25, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-81611  
**Case Name:** THOMAS, WENDY M  

**Taxpayer ID #:** **-***0244  
**Period Ending:** 04/18/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/23/15 | | Affinity Title Services, LLC | SALES PROCEEDS - REAL PROPERTY | | | 7,736.98 | | 7,736.98 |
| | {1} | | | 193,000.00 | 1110-000 | | | 7,736.98 |
| | | | County taxes 1/1/15 - 11/20/15 | -5,619.79 | 2820-000 | | | 7,736.98 |
| | | | Recording fees | -116.00 | 2500-000 | | | 7,736.98 |
| | | | McHenry Co. Recorder - recording fees | -96.50 | 2820-000 | | | 7,736.98 |
| | | | McHenry Co. Recorder - State tax/stamps | -193.00 | 2820-000 | | | 7,736.98 |
| | | | Homeowner's Insur. premium | -733.46 | 2500-000 | | | 7,736.98 |
| | | | Home Warranty | -460.00 | 2500-000 | | | 7,736.98 |
| | | | Coldwell Banker - commission | -5,170.00 | 3510-000 | | | 7,736.98 |
| | | | Remax - commission | -4,575.00 | 3510-000 | | | 7,736.98 |
| | | | Survey - Luco Construction | -285.00 | 2500-000 | | | 7,736.98 |
| | | | Owner's Title Insurance | -520.00 | 2420-750 | | | 7,736.98 |
| | | | Well & Spetic - John A. Raber & Assoc. | -295.00 | 2500-000 | | | 7,736.98 |
| | | | Processing fee to Ameritrust Mortg. | -810.00 | 2500-000 | | | 7,736.98 |
| | | | Payoff to Bank of America | -162,870.73 | 4110-000 | | | 7,736.98 |
| | | | Title fees | -2,638.54 | 2500-000 | | | 7,736.98 |
| | | | Owners premium adjustment | -880.00 | 2500-000 | | | 7,736.98 |
| 11/30/15 | 101 | COMED | Utilities - final bill | | 2420-000 | | 23.44 | 7,713.54 |
| 11/30/15 | 102 | NiCor Gas | Payment of Utility invoice | | 2420-000 | | 23.73 | 7,689.81 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,679.81 |
| 12/07/15 | 103 | Greener Lanws | Sept/Oct/Nov mowings (4 times) | | 2420-000 | | 120.00 | 7,559.81 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.07 | 7,547.74 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.46 | 7,537.28 |
| 03/22/16 | 104 | United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | | 2700-000 | | 350.00 | 7,187.28 |
| 03/22/16 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,455.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 2,455.00 | 4,732.28 |

Subtotals :  $7,736.98   $3,004.70

{} Asset reference(s)

Printed: 04/18/2016 12:55 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-81611  
**Case Name:** THOMAS, WENDY M  

**Taxpayer ID #:** **-***0244  
**Period Ending:** 04/18/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/22/16 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,523.70, Trustee Compensation;  Reference: | 2100-000 | | 1,523.70 | 3,208.58 |
| 03/22/16 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,306.06, Trustee Expenses;  Reference: | 2200-000 | | 2,306.06 | 902.52 |
| 03/22/16 | 108 | Discover Bank | Dividend paid  51.46% on $304.71; Claim# 1; Filed: $304.71; Reference: | 7100-000 | | 156.83 | 745.69 |
| 03/22/16 | 109 | Quantum3 Group LLC as agent for | Dividend paid  51.46% on $125.46; Claim# 2; Filed: $125.46; Reference: | 7100-000 | | 64.57 | 681.12 |
| 03/22/16 | 110 | Portfolio Recovery Associates, LLC | Dividend paid  51.46% on $1,029.71; Claim# 4; Filed: $1,029.71; Reference: | 7100-000 | | 529.99 | 151.13 |
| 03/22/16 | 111 | Ashley Funding Services, LLC its successors and | Dividend paid  51.46% on $9.71; Claim# 5; Filed: $9.71; Reference: | 7100-000 | | 5.00 | 146.13 |
| 03/22/16 | 112 | Capital One, N.A. | Dividend paid  51.46% on $283.91; Claim# 6; Filed: $283.91; Reference: | 7100-000 | | 146.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,736.98 | 7,736.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,736.98 | 7,736.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,736.98** | **$7,736.98** | |

Net Receipts :    7,736.98  
Plus Gross Adjustments :    185,263.02  
Net Estate :    $193,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4466** | 7,736.98 | 7,736.98 | 0.00 |
| | **$7,736.98** | **$7,736.98** | **$0.00** |